IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVE LEMIN, | § | |
|    Plaintiff; | § | |
| | § | |
| v. | § | NO. 3:11-cv-02239-N |
| | § | |
| SOUTHERN FOODS GROUP, L.L.C. d/b/a, | § | |
| Schepps Dairy, | § | |
|    Defendant | § | |

**PLAINTIFF STEVE LEMIN'S APPENDIX IN SUPPORT OF BRIEF IN SUPPORT OF MOTION TO REMAND AND FOR SANCTIONS**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| A. | Plaintiff's Original Petition and Requests for Disclosure (App 0001-0006) |
| B. | Plaintiff's First Amended Petition and Requests for Disclosure (App 0007-00013) |
| C. | Emergency Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction (App 0014-0019) |
| D. | *Marquez* Uniform Scheduling Order (App 0020-0021) |
| E. | Order Denying Defendant's Motion to Exclude (App 0022) |
| F. | *Duchane* Scheduling Order (App 0023-0024) |
| G. | Defendant's Motion for Continuance (App 0025-0028) |

Respectfully submitted,

**CARSE LAW FIRM**

By: /s/ Tom Carse_____
    **TOM CARSE**
    State Bar No. 00796310

6220 Campbell Road, Suite 401
Dallas, Texas 75248
Telephone:  (972) 503-6338
Telecopy:  (972) 503-6348


**COOPER & SCULLY, P.C.**

By: /s/ Timothy M. Dortch _____
    **R. BRENT COOPER**
    State Bar No. 04783250
    **TIMOTHY M. DORTCH**
    State Bar No. 24044981

Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone:  (214) 712-9500
Telecopy:  (214) 712-9540

**COUNSEL FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing document was served on all parties of record pursuant to the Federal Rules of Civil Procedure on the 15th day of September, 2011.


 /s/ Timothy M. Dortch_____
**TIMOTHY M. DORTCH**