IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVE LEMIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-02239-N |
| | § | |
| SOUTHERN FOODS GROUP, L.L.C., | § | |
| d/b/a SCHEPPS DAIRY, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

This Order addresses Plaintiff Steve Lemin's ("Lemin") motion to remand and for sanctions [3].

For the reasons articulated in this Court's Remand Order dated December 1, 2011 in *Duchane v. Southern Foods Group, L.L.C. d/b/a Schepps Dairy*, Civil Action No. 3:11-cv-2240-N (N.D. Tex. 2011) (Godbey, J.) [12], the Court grants Lemin's motion to remand but declines to sanction Defendant Southern Foods Group, L.L.C. d/b/a Schepps Dairy for improper removal.

Signed December 1, 2011.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE